IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. FARID KARIMI,<br><br>        Plaintiff,<br><br>vs.<br><br>DR. ROGER DONOVICK, in his official and individual capacities;<br><br>        Defendant. | 4:18CV3088<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant Dr. Roger Donovick, and Defendant Donovick has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until May 8, 2019 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 17th day of April, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge